IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:   January 2, 2014
Court Reporter:    Gwen Daniel             Probation: Laura Ansart

_____

Criminal Action No.   13-cr-00159-WJM      <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Susan Knox

     Plaintiff,

v.

10.  STEPHANIE KIRBY,                      Siddhartha Rathod
                                           Matt Cron
     Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:00 p.m.     Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Court's comments

Sentencing Statement (by Ms. Knox)

Sentencing Statement (by Mr. Rathod)

The Government does not oppose a downward variant sentence that consists of no custodial time.

1

The Court addresses the defendant's objections to the Presentence Investigation Report.

The Court finds that the defendant's objections will not affect sentencing and the Court will not consider the matter in sentencing; and therefore, pursuant to Rule 32 (i)(3)(B) no ruling on the objections is necessary.

**ORDERED:** **There being no objection to the motion, the Government's Motion Regarding Acceptance Of Responsibility (ECF No. 570) is GRANTED.**

**ORDERED:** **There being no objection to the motion, the Government's motion to Dismiss Indictment as to Defendant Stephanie Kirby (ECF No. 571) is GRANTED.  The Indictment as to Stephanie Kirby is DISMISSED.**

**ORDERED:** **The Government's §5K1.1 and Title 18 U.S.C. §3553(e) Motion For Downward Departure Based on Substantial Assistance (ECF No. 572) is GRANTED.**

Defendant's Allocution

**ORDERED:** **The Defendant's Motion for Non-Guideline Sentence (ECF No. 575)is GRANTED.**

Defendant plead guilty to Count One of the Information on October 2, 2013.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Stephanie Kirby, is sentenced to a period of Probation of three years.**

**ORDERED:** **While on Probation the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and the defendant must comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on Probation and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:**   **Special Condition of Probation:**
**The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

**ORDERED:**   **The special assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:**   **Defendant has no ability to pay a fine, and the fine is waived.**

**ORDERED:**   **Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and the defendant's admission to the forfeiture allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense, and as stipulated to in the Plea Agreement.**

Defendant advised of her right to appeal her conviction, as well as the sentence imposed, except in very limited circumstances.

Ms. Knox's comments

Court's comments to the defendant - the use of marijuana, even personal use under the limits that are set forth in State Law, remain illegal under Federal Law and would be a violation of defendant's probation.

Mr. Rathod's comments

**ORDERED:**   **The defendant's oral request is GRANTED.  The defendant's future living situation will be dependent upon a review by the probation officer and she will abide by the decision of the probation officer as to the suitable residence for her going forward.**

**ORDERED:**   **Defendant's bond is EXONERATED.**

02:55 p.m.   Court in Recess
Hearing concluded
Time: 55  minutes