**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-cr-00159-WJM-10

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

vs.

**10.　STEPHANIE KIRBY**,

　　　　　Defendant.

_____

**ORDER CONTINUING PROBATION AND**
**DISMISSING VIOLATION PROCEEDINGS**

_____

This matter comes to the attention of the Court upon request by the U.S.

Probation Officer to dismiss violation proceedings in this case.  The Court, having been

advised by the Probation Officer that the Defendant has maintained compliance at the

residential reentry center (RRC), secured employment, begun anger management

classes, and remained drug free, hereby

ORDERS that the Defendant is continued on supervision under all terms and

conditions of probation previously imposed with the exception of the Location Monitoring

Program.  It is

FURTHER ORDERED that violation proceedings in this case are dismissed and

the probation violation hearing scheduled for August 7, 2015 at 10:00 a.m., is hereby

**VACATED**.

Dated this 16th day of July, 2015.

BY THE COURT:

William J. Martinez
United States District Judge